**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Frank M. Carson Jr. a/k/a Frank M. Cason | CHAPTER 7 |
| Michele T. Carson | BKY. NO. 21-12720 ELF |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc. and index same on the master mailing list.

                  Respectfully submitted,

/s/ *Brian C. Nicholas, Esq.*

Brian Nicholas
30 Dec 2021, 15:44:43, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 4df5acee3efa59ab30a2fdef83a41af0615b136064e951e8f706c0351e55ad05