United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12720-elf |
| Frank M. Carson, Jr. | Chapter 7 |
| Michele T. Carson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2022 | Form ID: 195 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank M. Carson, Jr., Michele T. Carson, 33 Skyview Lane, Thorndale, PA 19372-1151 |
| cr | + | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 12, 2022 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| LEAH M STUMP-LESLEY | on behalf of Joint Debtor Michele T. Carson lstump@shepleylaw.com |
| LEAH M STUMP-LESLEY | on behalf of Debtor Frank M. Carson Jr. lstump@shepleylaw.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank N.A. mary@javardianlaw.com, coleen@javardianlaw.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 10, 2022 | Form ID: 195 | Total Noticed: 2

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 7

Frank M. Carson, Jr. and Michele T. Carson : Case No. 21−12720−elf
    Debtor(s)

### ORDER
_____

    AND NOW, this day , February 10, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

22
Form 195